IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID EARL WATTLETON,<br><br>  Defendant. | CRIMINAL ACTION FILE<br>NO. 1:99-CR-306-TWT |

**ORDER**

This is a criminal action.  It is before the Court on the Defendant's Motion to Proceed in Forma Pauperis [Doc. 352] which is GRANTED. The Plaintiff's Motion for Leave to File Reply [Doc. 349] is DENIED as moot. The Defendant's Motion for Certificate of Appealability [Doc. 350 & 355] is DENIED.

SO ORDERED, this 9 day of December, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge